IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Chief Judge Philip A. Brimmer**

Civil Action No. 22-cv-02393-PAB-SBP

BESTOP, INC., a Delaware limited liability corporation,

    Plaintiff,

v.

MASTERTOP, INC., a Colorado corporation,

    Defendant.

_____

**ORDER ACCEPTING MAGISTRATE JUDGE'S RECOMMENDATION**
_____

    This matter is before the Court on the Recommendation to Administratively Close Case Pending Settlement Negotiations [Docket No. 44]. The Recommendation states that objections to the Recommendation must be filed within fourteen days after its service on the parties. Docket No. 44 at 4 n.1; *see also* 28 U.S.C. § 636(b)(1)(C). The Recommendation was served on August 22, 2023. No party has objected to the Recommendation.

    In the absence of an objection, the district court may review a magistrate judge's recommendation under any standard it deems appropriate. *See Summers v. Utah*, 927 F.2d 1165, 1167 (10th Cir. 1991); *see also Thomas v. Arn*, 474 U.S. 140, 150 (1985) ("It does not appear that Congress intended to require district court review of a magistrate's factual or legal conclusions, under a *de novo* or any other standard, when neither party objects to those findings."). In this matter, the Court has reviewed the Recommendation

to satisfy itself that there is "no clear error on the face of the record."[1]  Fed. R. Civ. P. 72(b), Advisory Committee Notes.  Based on this review, the Court has concluded that the Recommendation is a correct application of the facts and the law.  Accordingly, it is

    **ORDERED** as follows:

    1.  The Recommendation to Administratively Close Case Pending Settlement Negotiations [Docket No. 44] is **ACCEPTED**;

    2.  This case is administratively closed, pursuant to D.C.COLO.LCivR 41.2, subject to being reopened for good cause shown;

    3.  The parties shall file dismissal papers within seven days of reaching a settlement, if such a settlement is reached; and

    4.  If settlement negotiations are not successful, the parties shall file either a joint status report  or a motion to re-open the case by **February 21, 2024**.

    DATED September 6, 2023.

                                                    BY THE COURT:

                                                    PHILIP A. BRIMMER
                                                    Chief United States District Judge

---

[1] This standard of review is something less than a "clearly erroneous or contrary to law" standard of review, Fed. R. Civ. P. 72(a), which in turn is less than a de novo review. Fed. R. Civ. P. 72(b).